Timothy M. O'Brien
Name

Clerk of Court
444 S.E. Quincy
Topeka, Kansas 66683
Address

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

Tackett, James 59193, Plaintiff
(Full Name)

v.

Centurion, Defendant(s)
Offical + individual cap.

CASE NO. 23-3101-JWL
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.
§1983

### A. JURISDICTION

1) Tackett, James (Plaintiff), is a citizen of Kansas (State) who presently resides at El Dorado Corr. Facility P.O. box 311 El Dorado, KS, 67042 (Mailing address or place of confinement.)

2) Defendant Centurion (Name of first defendant) is a citizen of Topeka, El Dorado (City, State), and is employed as Doctor (Position and title, if any). At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? Yes ☑ No ☐. If your answer is "Yes", briefly explain:

They are the Doctors whom work at Centurion

3) Defendant _____ is a citizen of
(Name of second defendant)

_____, and is employed as
(City, state)

_____. At the time the
(Position and title, if any)

claim (s) alleged in this complaint arose was this defendant acting under the color of state law? Yes ☐ No ☐. If your answer is "Yes", briefly explain:

_____

_____

(Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

_____

_____

B. NATURE OF THE CASE

1) Briefly state the background of your case:

*See paper on back*

_____

_____

_____

_____

_____

_____

2

XE-2 8/82                CIVIL RIGHTS COMPLAINT §1983

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8h" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: An Eighth Amendment Right For Inadequate Medical care

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.):

The Doctors who deal with Gender Dysphoria did not properly diagnosed me with G.D. because they said I was going home this year.

B) (1) Count II: An Eighth Amendment Right For Deliberat Indifference

(2) Supporting Facts: The Doctors knew about my problems a chose to do nothing

C) (1) Count III: _An Eighth Amendment Right_

(2) Supporting Facts: _For mental and emotional injury suffered while at Hutchinson prison I tried to commit suicide by hanging myself._

D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☐ No ☑. If your answer if "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   a) Parties to previous lawsuit:

   Plaintiffs: _____

   Defendants: _____

   b) Name of court and docket number _____

   c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

   d) Issues raised _____

e) Approximate date of filing lawsuit _____

f) Approximate date of disposition _____

1) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C Yes ☐ No ☑. If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

_____
_____
_____
_____

## 2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

_Please see paper on back_
_____
_____
_____
_____
_____

_Mrs. Tackett_
Signature of Plaintiff

Signature of Attorney (if any)

_Kati Bell_
NOTARY PUBLIC - State of Kansas
KATI BELL
My Appt Expires 12/01/23

(Attorney's full address and telephone number)

Tackett, James
EDCF
P.O. Box 311
El Dorado, Ks. 67042

Hi. My name is James Tackett 59193 and I am a Transgender Woman who has Gend Dyspheria (G.D.).

I first came to Mental Health on or about around October 21, 2020 I told them that I identify as a Transgender Woman and that I would like to be diagnosed with Gender Dyspheria (G.D.). This was 41 months ago.

My first assesment was done on November 18, 2021. I was denied my diagnose without a reason why and told they needed to do some more test and to see them again in 6 months.

I saw the Doctor again on June 14, 2022 and this time I gave him a text book answer on everything.

I told the Doctor that I read that G.D. is defined by the DSM-5 as the following:

A. A marked incongruence between one's experienced/expressed gender and assigned gender, of at least 6 months duration, as
(Next page)

I told the doctor that when I can't present myself consistently with my gender ideatity I feel;
Sadness
Severe depression
anxiety
disconnect
or self-hatred about my body and gender. I often have a hard time doing every day activities relating to other people, getting a job or taking care of my body. I also have suicidale thoughts.

I told the Doctor that I enjoy to ware womens' cloths, like a Bra, pantres. I enjoy to use make-up and to shave my whole body. I told him that I felt that I should have been born as a woman.

I told the Doctor that after I am released from prison I wanted to have a sex change, but for now I wanted to Be dragnosed with G.D.

The treatment that I am suppost to recieve from Centurion is

(Next page)

I have spoken to Mental Health for over two years and told them that I wanted to be diagnosed with G.D.

Prisons are not allowed to just ignor signs that prisoners have serious medical needs and fail to diagnose those conditions to avoid their duty to provide medical care. This is called Deliberate Indifference.

1) Prison officials as well as Mental Health knew about my serious medical need.

2) The prison officials as well as Mental Health failed to respond reasonably to it.

3) A prison doctor fails to respond appropriately or does not respond at all to my serious medical need.

This is a eighth amendment right.

When I was in Hutchinson prison I told Mental Health every month that I was feeling severe depression because of my G.D. and on August 17 2022 I tried to camitt suicide by hanging myself.

(Next page)

Request For Relief

1) I would like to ask the Court to order the prison to provide me with adequate medical care in the future. A declaratory judgment

2) To re-evaluate me and give me my formal diagnosis for Gender Dysphoria (G.D). A declaratory judgment

3) To give me $10,000.00 for Punitive damages because the defendants' actions were motivated by reckless or callous indifference to my rights. The prison Doctors hurt me on purpose!

4) I would like to ask this court to give me $5,000.00 in compensatory damages for mental and emotional injury suffered while in custody at Hutchinson prison. I tried to hang myself because of severe depression.

Date _____     James E. Tackett 59193